## No. 7337.

### L. E. LOVE VS. Z. T. WEBSTER, SHERIFF, ET AL.

The filing of an act of sale in the Recorder's office, with such filing endorsed thereon by that officer, is effectual as a registry of it and operates as such even against third parties.

Where there has been a judgment recognising a mortgage, from which flows the legal right to sell the mortgaged property, an injunction restraining that sale is *pro tanto* an injunction of the judgment, and damages will be awarded upon its dissolution.

APPEAL from the District Court for Red River. PIERSON, J.

*L. B. Watkins* and *J. H. Pierson* for Plaintiff Appellant. *J. F. Pierson* for Defendants.

WHITE, J., delivered the opinion amending the judgment by awarding counsel fees to the defendants as damages.